```
 1  Gary W. Nevers, Esq.  State Bar Number 82512
    Daniel J. Quisenberry, Esq.  State Bar Number 175059
 2  NEVERS, PALAZZO, MADDUX & PACKARD, APC
    31248 Oak Crest Drive, Suite 100
 3  Westlake Village, California 91361
    Telephone: (818) 879-9700/Fax: (818) 879-9680
 4
 5  Attorneys for Plaintiff Sylvia Fleener

 6  Charles M. Coate, Esq., State Bar Number 140404
    BARAB, ABRAMS & COATE, LLP
 7  9606 Santa Monica Boulevard, Third Floor
    Beverly Hills, California 90210
 8  Telephone: (310) 859-6644/Fax (310) 859-6650

 9  Attorneys for Defendants Code Productions, Inc.,
    and CEO Films, LLC, Providence Entertainment, LLC, and
10  Matthew Crouch, and Stephan Blinn, and Barton Green
    P/k/a Hollis Barton
11
    John B, Casoria, Esq.  State Bar Number 110300
12  2271 S.W. Birch Street, Suite 100
    Newport Beach, California 92660-1752
13  Telephone: (949) 757-7270/Fax: (949) 757-7660

14  Attorney for Defendants Paul Crouch and Janice Crouch
```

FILED
CLERK, U.S. DISTRICT COURT
JUL 24 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

ENTERED
JUL 26 2001
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA FLEENER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY BROADCASTING NETWORK, INC.,, a California corporation, TRINITY CHRISTIAN CENTER OF SANTA ANA, INC. dba TRINITY BROADCASTING NETWORK, PAUL CROUCH, an individual; JAN CROUCH, an individual; TBN FILMS, an organization unknown; CODE PRODUCTIONS, INC., a California corporation; CEO FILMS, LLC, an organization unknown; ALAISE, INC., a Florida corporation; GENER8XION | Case No.: 00-07471 LGB (BQRx)<br>[Complaint filed on July 11, 2000]<br><br>STIPULATION RE: DISMISSAL OF PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF; ORDER THEREON<br><br>[The Honorable Lourdes G. Baird] |

ORIGINAL

✓ Docketed
✓ Copies / ~~NTC Sent~~ SCAN
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

- 1 -



| | |
|---|---|
| 1 | ENTERTAINMENT, INC., a California corporation; PROVIDENCE ENTERTAINMENT, an organization unknown; MATTHEW CROUCH, an individual; STEPHAN BLINN, an individual; HOLLIS BARTON (aka Barton Green), an individual; WESTERN FRONT, LTD., a California corporation; LANCE CHARLES, an individual; |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |

WHEREAS Defendants Code Productions, Inc., and CEO Films, LLC, Providence Entertainment, LLC, and Matthew Crouch, and Stephan Blinn, and Barton Green p/k/a Hollis Barton have met and conferred through counsel on July 12, 2001 regarding Defendants' intention to move for summary judgment on Plaintiff's Second and Third Claims for Relief under the Lanham Act and for unfair competition under common law;

WHEREAS Defendants Trinity Broadcasting Paul and Jan Crouch intended to join in above Defendant's intended motion for summary judgment on Plaintiff's Second and Third Claims for Relief under the Lanham Act and for unfair competition under common law;

WHEREAS the interests of the parties in avoiding the expenditure of unnecessary attorneys' fees and judicial economy may be served by avoiding the briefing of such a motion with a corresponding hearing thereon;

///

///

///

///

THE PARTIES HEREBY STIPULATE TO PLAINTIFF'S DISMISSAL OF HER SECOND AND THIRD CLAIMS FOR RELIEF AGAINST ALL SIGNATORY DEFENDANTS HEREIN WITH PREJUDICE, WITH EACH SIDE BEARING THEIR OWN ATTORNEYS' FEES AND COSTS THEREON.

Dated: July 13, 2001

Nevers, Palazzo, Maddux & Packard APC

By: _____
Daniel J. Quisenberry
Attorneys for Plaintiff
Sylvia Fleener

Dated: July 13, 2001

Barab, Abrams & Coate, L.L.P.

By: _____
Charles M. Coate
Attorneys for Defendants Code Prods., Inc.
Providence Entertainment, CEO Films LLC.,
Stephan Blinn, Barton Green (p/k/a Hollis Barton)
and Matthew Crouch

Dated: July ___, 2001

John B. Casoria, Esq.

By: _____
John B. Casoria
Attorney for Defendants Paul Crouch and
Janice Crouch

1 THE PARTIES HEREBY STIPULATE TO PLAINTIFF'S DISMISSAL OF HER
2 SECOND AND THIRD CLAIMS FOR RELIEF AGAINST ALL SIGNATORY
3 DEFENDANTS HEREIN WITH PREJUDICE, WITH EACH SIDE BEARING THEIR OWN
4 ATTORNEYS' FEES AND COSTS THEREON.

6 Dated: July 13, 2001          Nevers, Palazzo, Maddux & Packard APC

9                               By: _____
10                              Daniel J. Quisenberry
                                Attorneys for Plaintiff
11                              Sylvia Fleener

13 Dated: July 13, 2001          Barab, Abrams & Coats, L.L.P.

15                              By: _____
16                              Charles M. Coats
17                              Attorneys for Defendants Code Prods., Inc.
                                Providence Entertainment, CEO Films L.L.C.,
18                              Stephan Blinn, Burton Green (p/k/a Hollis Barton)
                                and Matthew Crouch

21 Dated: July 17, 2001          John B. Casoria, Esq.

23                              By: _____
24                              John B. Casoria
                                Attorney for Defendants Paul Crouch and
25                              Janice Crouch

**IT IS HEREBY ORDERED** that:

PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF AGAINST DEFENDANTS CODE PRODUCTIONS, INC., CEO FILMS, LLC, PROVIDENCE ENTERTAINMENT, LLC, MATTHEW CROUCH, STEPHAN BLINN, BARTON GREEN, PAUL CROUCH AND JANICE CROUCH ARE DISMISSED WITH PREJUDICE, WITH EACH SIDE BEARING THEIR OWN ATTORNEYS' FEES AND COSTS THEREON.

Dated: July 23, 2001

THE HONORABLE
LOURDES G. BAIRD, UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES    )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9606 Santa Monica Boulevard, Third Floor, Beverly Hills, California 90210.

      On July 13, 2001, I served the foregoing document described as **STIPULATION RE: DISMISSAL OF PLAINTIFF'S SECOND AND THIRD CLAIMS FOR RELIEF; ORDER THEREON** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope as follows:

| | |
|---|---|
| Daniel J. Quisenberry, Esq.<br>Nevers, Palazzo, Maddux & Packard<br>31248 Oak Crest Drive, Suite 100<br>Westlake Village, California  91361<br>Fax: (818) 879-9680 | Colby May, Esq.<br>205 Third Street S.E.<br>Washington, D.C. 20003<br>Fax: (202) 544-5172 |
| John Rawls, Esq.<br>John J. Murphy, Esq.<br>Jones, Day, Reavis & Pogue<br>555 West 5th Street, Suite 4600<br>Los Angeles, California  90013<br>Fax: (213) 243-2539 | John B. Casoria, Esq.<br>20271 S. W. Birch Street, #100<br>Newport Beach, California  92660<br>Fax: (949) 757-7660 |

[X]  **(BY MAIL)** I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]  **(BY TELEFAX)** I caused such document to be transmitted via telefax to the offices of the addressee(s), telefax number: **Please see above.**

[ ]  **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand by messenger Service to the offices of the addressee(s).

[X]  **(Federal)** I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 13, 2001, at Beverly Hills, California.

                                                    LISA P. BRACAMONTES